**SANDERS LAW GROUP**
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 132680
*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AMIR HOSSEIN,<br><br>    Plaintiff,<br><br>    v.<br><br>JP MORGAN CHASE BANK N.A. AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No: 1:26-cv-01964-SDE<br><br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff Amir Hossein by and through counsel, to provide notice to the Court that the present cause has been settled between the Plaintiff and Defendants JP Morgan Chase Bank N.A. and Equifax Information Services, LLC in this action, and states:

1. Settlement agreements ("Agreements") are in the process of being finalized. Once the Agreements are fully executed, and Plaintiff has received the consideration required pursuant to the Agreements, the parties will submit a Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

1

3.  We respectfully request the Court provide that the parties may seek to reopen the matter for sixty (60) days to assure that the Agreements are executed and that all terms of settlement have been consummated.

DATED: April 27, 2026

**SANDERS LAW GROUP**

By: ___/s/ Alain Cesar_____
Alain Cesar, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7612
Email: acesar@sanderslaw.group
*Attorneys for Plaintiff*

2